Trl. Ct. #24592 HC-1   82,804-01

WR # 82,804-01

CHRISTOPHER MAXWELL   IN THE COURT OF
   Applicant pro-se   CRIMINAL APPEALS
   OF TEXAS

VS.

STATE OF TEXAS

MOTION DENIED
DATE: 3-26-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 09 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

OBJECTION TO
DISMISSAL OF WRIT OF
HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT;
COME'S NOW, Christopher Lee MAXwell,
Applicant pro-se in the Above Styled Cause,
And does now File his Objection to the
Ct. Clerks "White-Card Dismissal" of Habeas
Corpus And would Show this Hon. Ct. the
Reason(s) thereof As follows;

#1.   This Trl. Ct. #24592 HC-1 is
A Final Conviction By PLEA OF Guilt
And therefore there was No Direct
Appeal Available .... And None was Filed,
which MANDATES Final Conviction 30
days After the PLEA was Accepted.

1.

Trl. Ct. # 24592 HC-1
WR # 82,804-01

CHRISTOPHER MAXWELL
Applicant pro-se

VS.

STATE OF TEXAS

IN THE COURT OF
CRIMINAL APPEALS
OF TEXAS

## OBJECTION TO DISMISSAL OF WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT;
COME'S NOW, Christopher Lee Maxwell, Applicant pro-se in the Above styled cause, And does Now File his Objection to the Ct. Clerks "White-Card Dismissal" of Habeas Corpus And would show this Hon. Ct. the Reason(s) thereof As Follows;

#1. This Trl. Ct. # 24592 HC-1 is A Final Conviction, BY PLEA OF Guilt And therefore there was No Direct Appeal Available ..... And None was Filed, which Mandates Final Conviction 30 days After the Plea was Accepted.

1.

#2. This Fact was Available And clear IN THE RECORD MADE AVAILABLE TO THIS HON. Ct. —

#3. This Habeas Corpus is Not contesting THE CONVICTION.... ONLY THE DENIAL OF DUE PROCESS [WHERE] THE COLLECTION OF COURT COSTS & ATTY's FEE is HAVE BEEN LEVIED CONTRARY TO TX. C.C.P. Art. 26.05 (g) — No proper EVALUATION OF the Applicants Ability to pay or how much he would be Able to pay And/or when(?) SEE: Gibert Perez v. STATE, 280 S.W. 3d 886 (TX. Ct. Apps-Amarillo-2009) —

#4. Applicant pro-se has exhausted All remedies [As Show iN the Rec'd made Available to the Ct.] And continues to get ZERO cooperation IN APPLYING THE LAWS & STATUTES & Const. (s) oF either state or Federal Const(s) iN the WAY of Due Process And/or ACCESS TO Courts Addressing the Merits oF Applicant pro-se's CLAIM(s) —? USCA — 1,5,14

2.

#2. This Fact was available and clear in the record made available to this Hon. Ct. —

#3. This Habeas Corpus is not contesting THE CONVICTION.... ONLY THE DENIAL OF DUE PROCESS [WHERE] THE COLLECTION OF COURT COSTS & ATTY's FEE's HAVE BEEN LEVIED CONTRARY TO TX. C.C.P. Art. 26.05 (g) — no proper evaluation of the Applicants Ability to pay or how much he would be able to pay and/or when(?) SEE: Gibert Perez v. STATE, 280 S.W. 3d 886 (Tx. Ct. Apps—Amarillo—2009) —

#4. Applicant pro-se has exhausted all remedies [As show in the Rec'd made available to the Ct.] and continues to get ZERO cooperation IN APPLYING THE LAWS & STATUTES & Const. (S) of either state or Federal Const(s) in the way of Due Process and/or Access To Courts Addressing the Merits of Applicant pro-se's Claim(s) —?
USCA — 1, 5, 14

2.

#5. Therefore, Applicant pro-se Respectfully prays this Hon. Ct. of Crim. Apps of Texas will reconsider the dismissal of this case and review the claims in this case with a response on the MERITS of SAID CLAIMS As Access to Cts and Due Process requires.

Respectfully,

Christopher Maxwell
Christopher MAXwell
TDCJ# 1775738
1300 F.M. 655
Rosharon, TX. 77583

Certificate of Service

I, Christopher MAXwell, #1775738, Applicant pro-se herein, do state under penalty of perjury that AN Original & one Copy of "Objection to Dismissal of Writ of Habeas Corpus #WR-82,804-01 has been placed in prison mail drop Box Along with A Copy to Trl. Ct. Clerk As well ... to: CT. Crim. Apps of TX. — P.o. Box 12308 Capital Station, Austin, TX. 78711 And Dist. Clerk, Lamar Co. TX., 119 N. MAIN — Rm#405 — Paris, TX 75460. on This 2nd day of MARCH 2015.

/s/ Christopher Maxwell
Christopher MAXwell
#1775738

3.

#5. Therefore, Applicant pro-se Respectfully prays this Hon. Ct. of Crim. Apps of TEXAS will reconsider the dismissal of this case and review the claims in this case with a response on THE MERITS of SAID CLAIMS AS Access to Cts And Due Process requires.

Respectfully,

Christopher Maxwell
Christopher MAXwell
TDCJ# 1775738
1300 F.M. 655
Rosharon, TX. 77583

## Certificate of Service

I, Christopher Maxwell, #1775738, Applicant pro-se herein, do state under penalty of perjury that AN Original & one copy of "Objection to Dismissal of Writ of Habeas Corpus # WR-82,004-01 has been placed in prison mail drop Box Along with A copy to Trl. Ct. Clerk As well ....to: Ct. Crim. Apps of TX. — P.O. Box 12308 Capitol Station, Austin, TX. 78711 And Dist. Clerk, Lamar Co. TX., 119 N. MAIN —Rm# 405— Paris, TX 75460. On This 2nd day of MARch 2015.

/s/ Christopher Maxwell
Christopher MAXwell
#1775738

3.